In the Matter of the Claim of PETER SIMON, Appellant, against AMERICAN EXPRESS COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — claim for injury not filed within one year.*

*Matter of Simon* v. *American Express Co.*, 217 App. Div. 802, affirmed.

(Argued January 11, 1927; decided January 25, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 19, 1926, unanimously affirming a decision of the State Industrial Board disallowing a claim under the Workmen's Compensation Law on the ground that no claim for compensation was filed within one year after the alleged injury as required by section 28 of the Workmen's Compensation Law.

*Joseph A. Wechter* for appellant.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Not sitting: KELLOGG, J.